UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 13-CR-20048

vs.

HON. GEORGE CARAM STEEH

D-3   JORGE CRUZ-DIAZ,

       Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION FOR RETROACTIVE REDUCTION OF SENTENCE UNDER 18 U.S.C. 3582(c)(2) [DOC. 110]

The Court has reviewed defendant's Motion for sentence reduction and finds him ineligible for a further sentence reduction in the absence of a 5K1.1 motion.

Accordingly, defendant's motion (Doc #110) is Denied.

It is so ordered.

Dated: October 8, 2015

                                              S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon Jorge Cruz-Diaz,
#47817-039, Great Plains Correctional Facility, P.O. Box 400,
Hinton, OK 73047 and attorneys of record on
October 8, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk